JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

IOANA PETROU (CABN 170834)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7189
    Facsimile: (415) 436-7234
    E-Mail: Ioana.Petrou@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 10 0358 MAG (JCS) |
|     Plaintiff, ) | |
|     v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 11, 2010 TO JUNE 4, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION |
| ZAHID MAHMOOD ARSHAD, ) | |
|     Defendant. ) | (18 U.S.C. § 3161(h)(7)(A)) |

The parties appeared before the Honorable Joseph C. Spero on May 11, 2010.

With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agreed to an exclusion of time under the Speedy Trial Act from May 11, 2010 to June 4, 2010, in light of the need for defense counsel to review the case, including extensive discovery provided on May 11, and meet with the Defendant.

2. Given these circumstances, the Court found that the ends of justice served by

STIP & [PROP.] ORDER
CR 10 0358 MAG (JCS)

excluding the period from May 11, 2010 to June 4, 2010 outweigh the best interest of the public and the Defendant in a speedy trial. Id. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the Defendant, the Court ordered that the period from May 11, 2010 to June 4, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:   May 11, 2010

 /s/
IOANA PETROU
Assistant United States Attorney

DATED:   May 11, 2010

 /s/
ELIZABETH FALK
Attorney for Zahid Mahmood Arshad

IT IS SO ORDERED.

DATED: 5/17/10



STIP & [PROP.] ORDER
CR 10 0358 MAG (JCS)                    2